**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 07-6162**

―――――――――

JABBAR JOMO STRAWS,

                                        Plaintiff - Appellant,

        versus

JUDGE JEFFCOAT, Lexington County Magistrate
Court,

                                        Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry F. Floyd, District Judge.
(4:06-cv-03414-HFF)

―――――――――

Submitted:  August 3, 2007          Decided:  August 16, 2007

―――――――――

Before MOTZ, KING, and SHEDD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jabbar Jomo Straws, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Straws v. Jeffcoat</u>, No. 4:06-cv-03414-HFF (D.S.C. Jan. 9, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>